Opinion issued April 30, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00892-CV

____________


KOLL BREN FUND V LP AND MOODY NATIONAL WEATHERFORD
HOUSTON MT LP AS THE PROPERTY OWNERS AND THE PROPERTY
OWNERS, Appellants


V.


HARRIS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL
REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT,
Appellees






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2007-53015






MEMORANDUM OPINION

 Appellants have filed an unopposed motion to dismiss the appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks.